LAW OFFICES OF IVETTE AMELBURU MANINGO
IVETTE AMELBURU MANINGO, ESQ.
NEVADA BAR NO.: 7076
400 S. Fourth Street, Ste. 500
Las Vegas, NV 89101
Tele.: (702) 793-4046
Fax: (844) 793-4046
Email: iamaningo@iamlawnv.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   vs.<br><br>ALEXANDER HOYOS RIVERA,<br><br>           Defendant. | CASE NO.: 2:23-cr-002-RFB-VCF<br><br>**ORDER DIRECTING UNITED STATES MARSHAL TO PROVIDE ONE-WAY TRAVEL EXPENSES AND PER DIEM** |

This matter having come before the Court on Motion of the Defendant, ALEXANDER HOYOS RIVERA, and it appearing that a Change of Plea hearing is scheduled for March 20, 2023 at 11:00 a.m., that Defendant Hoyos Rivera resides out of this district in Ohio, and that he is financially unable to provide for his airline, transporation, and meals while traveling to Las Vegas to attend his hearing,

IT IS ORDERED that the United States Marshal Service shall, pursuant to 18 USC 4285, provide Defendant Hoyos Rivera with one-way travel accommodations from Ohio to Las Vegas and with a per diem for subsistence expenses while traveling to attend his Change of Plea

///

///

hearing scheduled for March 20, 2023 at 11:00 a.m. at the United States District Court, District of Nevada, located in the Lloyd D. George Courthouse in Las Vegas, Nevada.

Dated this  9th  day of March, 2023.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted,

       /s/ Ivette Amelburu Maningo
IVETTE AMELBURU MANINGO, ESQ.
NEVADA BAR NO.: 7076
400 S. Fourth Street, Ste. 500
Las Vegas, NV 89101
Tele.: (702) 793-4046
Fax: (844) 793-4046
Email:iamaningo@iamlawnv.com

2