LAW OFFICES OF IVETTE AMELBURU MANINGO
IVETTE AMELBURU MANINGO, ESQ.
NEVADA BAR NO.: 7076
400 S. Fourth Street, Ste. 500
Las Vegas, NV 89101
Tele.: (702) 793-4046
Fax: (844) 793-4046
Email: iamaningo@iamlawnv.com
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>           vs.<br><br>ALEXANDER HOYOS RIVERA,<br><br>                              Defendant. | CASE NO.: 2:23-cr-0002-RFB-VCF<br><br>**ORDER PERMITTING DEFENDANT HOYOS RIVERA TRAVEL OUTSIDE THE STATE OF OHIO** |

IT IS HEREBY ORDERED that Defendant Alexander Hoyos Rivera's Request for Travel outside of the State of Ohio to Puerto Rico to visit his family in mid-April 2023 (approximately April 16, 2023 through April 22, 2023) is hereby GRANTED.

///

///

///

///

///

///

///

///

IT IS FURTHER ORDERED that the exact dates and flight itinerary will be provided to Pretrial Services once flight arrangments are confirmed.

Dated this __31st__ day of __March__, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

_____/s/ Ivette Amelburu Maningo_____
IVETTE AMELBURU MANINGO, ESQ.
NEVADA BAR NO.: 7076
400 S. Fourth Street, Ste. 500
Las Vegas, NV 89101
Tele.: (702) 793-4046
Fax: (844) 793-4046
Email:iamaningo@iamlawnv.com

2