LAW OFFICES OF IVETTE AMELBURU MANINGO
IVETTE AMELBURU MANINGO, ESQ.
NEVADA BAR NO.: 7076
400 S. Fourth Street, Ste. 500
Las Vegas, NV 89101
Tele.: (702) 793-4046
Fax: (844) 793-4046
Email: iamaningo@iamlawnv.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>ALEXANDER HOYOS RIVERA,<br><br>             Defendant. | CASE NO.: 2:23-cr-2-RFB-VCF<br><br>**ORDER DIRECTING UNITED STATES MARSHAL TO PROVIDE ONE-WAY TRAVEL EXPENSES AND PER DIEM** |

This matter having come before the Court on Motion of the Defendant, ALEXANDER HOYOS RIVERA, and it appearing that a Sentencing Hearing is scheduled for July 25, 2023 at 2:30 p.m., that Defendant Hoyos Rivera resides out of this district in Ohio, and that he is financially unable to provide for his airline, ground transporation, and meals while traveling to Las Vegas, Nevada to attend his hearing,

///

///

///

///

///

IT IS ORDERED that the United States Marshal Service shall, pursuant to 18 USC 4285, provide Defendant Hoyos Rivera with one-way travel accommodations from

Ohio to Las Vegas and with a per diem for subsistence expenses while traveling to attend his Sentencing Hearing scheduled for July 25, 2023 at 2:30 p.m. at the United States District Court, District of Nevada, located in the Lloyd D. George Courthouse in Las Vegas, Nevada.

Dated this <u>28th</u> day of June, 2023

_____
United States ~~District~~ Judge
Magistrate

Respectfully submitted,

    /s/ *Ivette Amelburu Maningo*
IVETTE AMELBURU MANINGO, ESQ.
NEVADA BAR NO.: 7076
400 S. Fourth Street, Ste. 500
Las Vegas, NV 89101
Tele.: (702) 793-4046
Fax: (844) 793-4046
Email:iamaningo@iamlawnv.com